**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| Christopher Dold, | Case No.: 2:26-cv-01577 |
| Plaintiff, | **ORDER GRANTING**<br>**JOINT MOTION FOR EXTENSION OF**<br>**TIME FOR DEFENDANT HIGHER** |
| v. | **EDUCATION LOAN AUTHORITY OF** |
| Equifax Information Services LLC, Clarity Services, Inc. and Higher Education Loan Authority of the State of Missouri, | **THE STATE OF MISSOURI TO FILE**<br>**RESPONSE TO THE COMPLAINT** |
| Defendants. | **FIRST REQUEST** |

Defendant Higher Education Loan Authority of the State of Missouri ("**MOHELA**") has requested an extension of time to move, answer, or otherwise respond to the Complaint in this matter, to which Plaintiff has no opposition.  Accordingly, pursuant to LR IA 6-2, IT IS HEREBY STIPULATED AND AGREED to by and among counsel, that MOHELA's time to move, answer, or otherwise respond to the complaint in this action shall be extended from June 23, 2026 through and including **July 14, 2026**. The request was made by MOHELA so that it can have an opportunity to collect and review its internal files pertaining to the allegations in the Complaint and Plaintiff approves.

1

This stipulation is filed in good faith and not intended to cause delay.

Respectfully submitted this 23rd day of June, 2026.

| | |
|---|---|
| **SCHWARTZ, PLLC** | **FREEDOM LAW FIRM, LLC** |
| */s/ Samuel A. Schwartz* | */s/ Gerardo Avalos* |
| Samuel A. Schwartz, Esq. | George Haines, Esq. |
| Nevada Bar No. 10985 | Nevaa Bar No. 9411 |
| Emily D. Anderson, Esq. | Gerardo Avalos, Esq. |
| Nevada Bar No. 13814 | Nevada Bar No. 15171 |
| 601 East Bridger Avenue | 8985 South Eastern Ave., Ste. 205 |
| Las Vegas, Nevada 89101 | Las Vegas, Nevada 89123 |
| *Attorneys for Education Loan Authority of the State of Missouri* | *Attorneys for Plaintiff* |

**IT IS SO ORDERED**

_____
United States Magistrate Judge

Dated: June 24, 2026

2