George Haines, Esq.
Nevada Bar No. 9411
Gerardo Avalos, Esq.
Nevada Bar No. 15171
**FREEDOM LAW FIRM, LLC**
8985 South Eastern Ave., Suite 205
Las Vegas, NV 89123
ghaines@freedomlegalteam.com
gavalos@freedomlegalteam.com
Phone: (702) 880-5554
FAX: (702) 385-5518
*Attorneys for Plaintiff Christopher Dold*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| Christopher Dold,<br><br>Plaintiff,<br>v.<br><br>Equifax Information Services LLC; Clarity Services, Inc. and Higher Education Loan Authority of the State of Missouri,<br><br>Defendants. | Case No.: 2:26-cv-01577<br><br>**Stipulation of dismissal of all claims between Plaintiff and Clarity Services, Inc. with prejudice** |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Christopher Dold and Clarity Services, Inc. stipulate to dismiss all claims between Plaintiff and Clarity Services, Inc. with prejudice.

Each party will bear its own costs, disbursements, and attorney fees.

Dated: October 8, 2026.

**FREEDOM LAW FIRM**

/s/ *Gerardo Avalos*
George Haines, Esq.
Gerardo Avalos, Esq.
8985 S. Eastern Ave., Suite 205
Las Vegas, Nevada 89123
*Counsel for Plaintiff*

**O'HAGAN MEYER PLLC**

/s/ *Inku Nam*
Marcus J. Lee, Esq.
Inku Nam, Esq.
300 S. 4th Street, Suite 1250
Las Vegas, Nevada 89101
*Counsel for Clarity Services, Inc.*

IT IS SO ORDERED.

________________________________
Gloria M. Navarro, United States District Judge
UNITES STATES DISTRICT COURT

DATED: October 8, 2026